UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARCIA FIELDS, | : | Case No. 1:16-cv-391 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Stephanie K. Bowman |
| vs. | : | |
| | : | |
| PHH MORTGAGE CORPORATION, | : | |
| | : | |
| Defendant. | : | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 15)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on September 19, 2016, submitted a Report and Recommendation. (Doc. 15). Plaintiff filed an objection on October 3, 2016. (Doc. 16).[1]

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does

---

[1] Plaintiff's objections are not well taken. Plaintiff, who is currently a defendant in a foreclosure action brought by PHH Mortgage Corporation in state court, filed this civil action alleging that PHH engaged in violations of RICO. The Report and Recommendation recommends that the action be dismissed, as Plaintiff has failed to state a RICO claim. Plaintiff's objections allege in a conclusory fashion that PHH engaged in money laundering and extortion, but do not include any sufficiently-detailed factual allegations to support those claims.

1

determine that such Report and Recommendation should be and is hereby **ADOPTED** in its entirety.

Accordingly, **IT IS ORDERED** that Defendant's motion to dismiss (Doc. 7) is **GRANTED**. The remaining pending motions (Docs. 9, 12) are hereby **DENIED** as moot. The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** in this Court.

**IT IS SO ORDERED.**

Date: 10/4/16                                   *s/ Timothy S. Black*
                                                Timothy S. Black
                                                United States District Judge